**UNITED STATES of America**

v.

**Robert FLANAGAN, James Keweshan, Sidney Landis and Thomas McNamee, Appellants.**

**No. 81–3116.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit Rule 12(6)
March 26, 1984.

Decided April 12, 1984.

Bruce L. Thall, Sprague & Rubenstone, Philadelphia, Pa., for appellants.

Luther E. Weaver, III, Peter F. Schenck, Asst. U.S. Attys., Philadelphia, Pa., for appellee.

**OPINION ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

Before GIBBONS and HUNTER, Circuit Judges, and THOMPSON, District Judge *.

GIBBONS, Circuit Judge:

When this appeal was first considered the governing precedents in this court established that orders disqualifying counsel were collaterally final. *See e.g., United States v. Miller*, 624 F.2d 1198, 1199 (3d Cir.1980); *IBM v. Levin*, 579 F.2d 271, 277–78 (3d Cir.1978). Those holdings were not affected by *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 372 n. 8, 101 S.Ct. 669, 672 n. 8, 66 L.Ed.2d 571 (1981). We affirmed the district court disqualification order 527 F.Supp. 902. *United States v. Flanagan*, 679 F.2d 1072 (3d Cir.1982). The defendants petitioned for certiorari. The Supreme Court granted certiorari and held that a District Court pretrial disqualification of defense counsel in a criminal prosecution is not immediately appealable under 28 U.S.C. § 1291. The Court directed that this appeal be dismissed. *Flanagan v. United States*, —— U.S. ——, 104 S.Ct. 1051, 79 L.Ed.2d 288 (1984). In compliance with that direction the appeal will be dismissed.

---

* Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.